UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TESSIN L. CRITES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 1:12-cv-00882-MJD-JMS |
| MICHAEL J. ASTRUE Commissioner of the | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

The Court, having this day made its Entry,

IT IS THEREFORE ADJUDGED that the final decision of the Commissioner that Tessin L. Crites was not entitled to Social Security Supplemental Security Income Disability benefits based upon her application filed on April 27, 2010, is AFFIRMED.

Date: 11/30/2012

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

TESSIN L. CRITES
112 W. 300 S.
Kokomo, IN 46902

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov